UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
United States of America

                                NOTICE OF APPEARANCE

-against-

                                Docket No. 07-MAG-710
                             **Judge/Magistrate Judge** _____
                             **Date: July 30, 2007, 2007**

**Igor Vaksman**
                **Defendant.**
_____r


PLEASE TAKE NOTICE, that I have been retained by Igor Vaksman the above named Plaintiff/Defendant. I was admitted to practice in this District on 12/80.


                                        James J. DiPietro
                                        186 Joralemon Street
                                        Brooklyn, New York 11201
                                        (718) 875-4207