UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

IGOR VAKSMAN,
    a/k/a "Jay Jenovich,"

                    Defendant.

- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 5 2007

INDICTMENT

07 Cr. _____

**07 CRIM. 838**

JUDGE KRAM

## COUNT ONE

The Grand Jury charges:

1.      From in or about June 1997, up to and including in or
about August 2004, in the Southern District of New York and
elsewhere, IGOR VAKSMAN, a/k/a "Jay Jenovich," the defendant, and
others known and unknown, unlawfully, wilfully, and knowingly did
combine, conspire, confederate, and agree together and with each
other to commit offenses against the United States, to wit, to
violate Sections 1341 and 1347 of Title 18, United States Code.

2.      It was a part and an object of the conspiracy that IGOR
VAKSMAN, a/k/a "Jay Jenovich," the defendant, and others known
and unknown, unlawfully, wilfully, and knowingly, and having
devised and intending to devise a scheme and artifice to defraud,
and for obtaining money and property by means of false and
fraudulent pretenses, representations and promises, for the
purpose of executing such scheme and artifice and attempting so
to do, would and did place in a post office and authorized
depository for mail matter, a matter and thing to be sent and
delivered by the Postal Service, and would and did knowingly

cause to be delivered by mail according to the direction thereon, and at the place at which it is directed to be delivered by the person to whom it is addressed, such matter and thing, in violation of Title 18, United States Code, Section 1341.

3.    It was a further part and object of the conspiracy that IGOR VAKSMAN, a/k/a "Jay Jenovich," the defendant, and others known and unknown, unlawfully, wilfully and knowingly would and did execute, and attempt to execute, a scheme and artifice to defraud health care benefit programs, as defined in Title 18, United States Code, Section 24(b), and to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, health care benefit programs, in connection with the delivery of and payment for health care benefits, items and services, in violation of Title 18, United States Code, Section 1347.

<u>OVERT ACTS</u>

4.    In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.    In or about January 2000, IGOR VAKSMAN, a/k/a "Jay Jenovich," the defendant, recruited other individuals to participate in a staged auto accident in Brooklyn, New York.

b.    On or about August 6, 2004, a law firm located in Manhattan sent a letter to an insurance company located in Atlanta, Georgia, relating to a claim arising from a

2

January 28, 2000 staged auto accident that was arranged by IGOR VAKSMAN, a/k/a "Jay Jenovich," the defendant, among others.

        c.    On or about January 10, 2007, VAKSMAN spoke on the telephone with a co-conspirator not named herein ("CC-1") about payments that VAKSMAN owed CC-1 from prior staged accidents.

        (Title 18, United States Code, Section 1349.)


_____   _____
FOREPERSON                       MICHAEL J. GARCIA
                               United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### IGOR VAKSMAN,
### a/k/a "Jay Jenovich,"
### Defendant.

### INDICTMENT

07 Cr.

(Title 18, United States Code, Section 1349.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Foreperson.*

*Post-It 11/1/87*

*9/5/07 - Fld Indictment. Case assigned to Judge Kram for all purposes.*

*S/ Eaton, J. U.S. M.J.*

4