

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMORANDUM ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 7, 2007

**By Facsimile**

The Honorable Shirley Wohl Kram
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2101
New York, New York 10007

The Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007

**RECEIVED**
SEP 07 2007
JUDGE S. W. KRAM
CHAMBERS

Re: <u>United States v. Igor Vaksman, a/k/a "Jay Jenovich"</u>
    07 Cr. 838 (SWK)

Dear Judge Kram and Judge Maas:

The above-referenced matter was wheeled out to Judge Kram earlier this week, and Judge Kram has referred the case to the Magistrate's Court for arraignment. The arraignment has been scheduled for Monday, September 17, 2007 at 11:00 a.m. I am enclosing a copy of the Indictment for Your Honors' files. The Government further requests that time be excluded for purposes of the Speedy Trial Act, to enable the government to begin

collecting discovery. I have spoken with counsel for Vaksman, who consents to this request.

> Application granted. In the interests of justice, time under the Speedy Trial Act is excluded until September 17, 2007.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Elie Honig
Assistant U.S. Attorney
(212) 637-2474

cc w/enc. (by fax): James DiPietro, Esq.
fax: (718) 875-1717

SO ORDERED
*[signature]*
JUDGE SHIRLEY WOHL KRAM
U.S.D.J.

Dated: September 10, 2007
New York, NY