## MEMORANDUM

TO: Honorable Richard J. Holwell
U.S. District Judge

FROM: Michael J. Fitzpatrick, Chief
U.S. Pretrial Services Officer



RE:   United States v. Igor Vaksman
      07 CR. 838 (RJH)

The attached memorandum was prepared by Pretrial Services Officer
**Dennis Khilkevich**                                   (212) 805-4147
_____Name_____            _____Phone Number_____
will present to Your Honor significant details about the conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]   We have informed all parties concerned that a bail hearing will be conducted in
      Courtroom #  17B   on  11/14/07   at  3:30 p.m.
                           (date)           (time)

[ ]   Comments:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/07
```

Honorable Richard J. Holwell
U.S. District Judge