**JAMES J. DIPIETRO**

*Attorney at Law*

186 JORALEMON STREET
BROOKLYN, NEW YORK 11201

(718) 875-4207
FAX (718) 875-1717

December 14, 2007

DEC 14

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07

Hon. Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl St., Room 1905
New York, NY 10007

Re: **United States v. Igor Vaksman**
07 CR 838 (RJH)

Dear Judge Holwell:

Please allow this letter to amend my previous letter dated December 13, 2007.

With regard to the bail conditions concerning the above defendant, the government, the representative from Pretrial Services and counsel for the defendant have agreed to modify the bail conditions concerning Mr. Vaksman. Specifically, all parties have agreed that he may be in an apartment which is separate and apart from the apartment residence where his mother resides. This new address is 2785 West 5th Street, Apt. 2E Brooklyn, New York 11224.

The electronic bracelet will remain in place; however, a curfew will be imposed which requires Mr. Vaksman to be within his residence at 8:00 PM and must remain at that residence until 6:00 AM.

These modifications have been agreed to by AUSA Elie Honig and U.S. Pretrial Services Officer Dennis Khilkevich and it is respectfully requested that these conditions be incorporated into the original order setting bail on behalf of the defendant.

Thank you for your consideration in this regard.

Respectfully submitted,

James DiPietro

JJD/ep
cc: AUSA Elie Honig
    Mr. Dennis Khilkevich, Pre-trial

Dated: December 20, 2007

SO ORDERED:

HONORABLE RICHARD J. HOLWELL
USDJ