RECEIVED FEB 25 2008 CHAMBERS OF RICHARD J. HOLWELL

**JAMES J. DIPIETRO**
*Attorney at Law*
186 JORALEMON STREET
BROOKLYN, NEW YORK 11201
—
(718) 875-4207
FAX (718) 875-1717

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

February 25, 2008

Hon. Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl St. Room 1905
New York, NY 10007

Re: **United States v. Igor Vaksman**
07 CR 838 (RJH)

Dear Judge Holwell:

I am counsel to Igor Vaksman in the above named criminal matter. The case next appears on Your Honor's conference calendar on Friday March 7, 2008 at 12:30 P.M.

I am requesting that this matter be adjourned to Thursday, March 13, 2008 at 2:00 P.M. I will be in San Francisco, California on March 7, 2008 with my family.

I have spoken to AUSA Elie Honig who has no objection to my application for an adjournment to March 13, 2008.

Respectfully submitted,
James DiPietro

JD:ep
cc: AUSA Elie Honig

[Handwritten note from Judge: Conference adjourned to 3/13/08 at 2:00pm. Time is excluded under the STA from 3/7/08 to 3/13/08 (both dates included) above stated purpose and in the interest of justice.]

SO ORDERED
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE  3/3/08