**JAMES J. DIPIETRO**
*Attorney at Law*
186 JORALEMON STREET
BROOKLYN, NEW YORK 11201

(718) 875-4207
FAX (718) 875-1717



July 23, 2008

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl St. Room 1950
New York, NY 10007

**BY FAX**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08
```

Re: **United States v. Igor Vaksman**
07 CR 838 (RJH)

Dear Judge Holwell:

Igor Vaksman is requesting permission to attend a wedding in Puerto Rico. He will be leaving Thursday, July 24, 2008 and returning Monday, July 28, 2008.

Both AUSA Elie Honig and Pre-Trial Services Officer Dennis Khilkevich consent to this request for the defendant to travel.

So ORDERED
[signature]
USDJ
7/23/08

Respectfully submitted,
James DiPietro

JJD/cp
cc: AUSA Elie Honig
Mr. Dennis Khilkevich, Pre-trial